

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| KENNETH D. McKEOUGH, | § | No. 08-21-00057-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| CAMELOT TOWNHOMES ASSOCIATION, INC., | § | of El Paso County, Texas |
| | § | Cause No. 2019DCV3303 |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the trial court's judgment should be affirmed in part and reversed and remanded in part. The judgment of the trial court granting summary judgment on Appellee's right to foreclose is affirmed. We reverse the trial court's summary judgment as to Appellant's counterclaims and its award of attorney's fees. We remand this cause to the trial court for further proceedings consistent with this opinion.

We further order that Appellant recover from Appellee all costs of appeal, for which let execution issue. *See* TEX. R. APP. P. 43.5. This decision shall be certified below for observance.

IT IS ORDERED THIS 27TH DAY OF FEBRUARY, 2023.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.
(Alley, J., not participating)